# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Payne, Robert E. | United States District Court Eastern District of Virginia | 09/14/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Article III Judge | ☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

United States District Court
701 E. Broad Street, Suite 7310
Richmond, Virginia 23219

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 09/14/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. American Expresss | Credit card | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Payne, Robert E.** | 09/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. IRA #1 | | | | | | | | | |
| 2. --Abbey Cptl Futures Strategy | None | | K | T | | | | | |
| 3. --AB Small Cap Grw Adv | None | | J | T | | | | | |
| 4. --AMG Mngrs Silvercrest | None | | J | T | | | | | |
| 5. --Artisan Mid Cap Adv | None | | J | T | Sold<br>(part) | 05/14/19 | J | A | |
| 6. -- Artisan Mid Cap Value Fund | None | | J | T | | | | | |
| 7. --Blackstone Alt Mult-Strat | None | | K | T | Buy<br>(add'l) | 12/24/19 | J | | |
| 8. --Calamos Market Neutral Inc | None | | J | T | | | | | |
| 9. --Center Coast MLP Focus | None | | J | T | Sold<br>(part) | 06/26/19 | J | | |
| 10. | | | | | Buy<br>(add'l) | 12/17/19 | J | | |
| 11. --Cullen High Dividend Equity | None | | K | T | | | | | |
| 12. --Invesco Opp Intl Growth Y | None | | K | T | Sold<br>(part) | 05/14/19 | J | | |
| 13. | None | | | | Sold<br>(part) | 06/26/19 | J | | |
| 14. -- Janus (Henderson) Flexible Bond | None | | L | T | Sold<br>(part) | 05/14/19 | J | | |
| 15. --Lazard Emerg Mkts Core | None | | K | T | Buy<br>(add'l) | 06/28/19 | J | | |
| 16. -- Loomis Growth Y | None | | K | T | Buy | 11/22/19 | K | | |
| 17. --Matthews Asian Japan Inv | None | | J | T | Sold<br>(part) | 06/26/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  --MFS Int'l Intrinsic Value I | | None | K | T | Sold<br>(part) | 05/14/19 | J | | |
| 19. | A | Dividend | | | Sold<br>(part) | 06/26/19 | J | A | |
| 20.  --Oakmark Fund Advisor | | None | K | T | | | | | |
| 21.  --Oakmark International Advisor | A | Dividend | K | T | Sold<br>(part) | 06/26/19 | J | A | |
| 22.  -- Oppenheimer Int'l Growth Fund | | None | | | Sold | 05/14/19 | J | | |
| 23.  --Pimco Real Return | | None | J | T | | | | | |
| 24.  --Pimco Short Term | | None | L | T | Sold<br>(part) | 05/14/19 | J | | |
| 25. | | | | | Buy<br>(add'l) | 06/28/19 | K | | |
| 26. | | | | | Buy<br>(add'l) | 12/24/19 | J | | |
| 27.  --Polen Growth Institutional | B | Dividend | K | T | Sold<br>(part) | 05/14/19 | J | B | |
| 28.  --Riverpark/Wedgewood Inst | | None | | | Sold<br>(part) | 05/14/19 | J | | |
| 29. | | | | | Sold | 11/20/19 | J | | |
| 30.  --Virtus MultiSector Short Term Bond | | None | L | T | Sold<br>(part) | 05/14/19 | J | | |
| 31. | | | | | Buy<br>(add'l) | 12/17/19 | J | | |
| 32. | | | | | Buy<br>(add'l) | 12/24/19 | J | | |
| 33.  Wells Fargo Emerg Mrk | | None | K | T | Buy<br>(add'l) | 06/28/19 | J | | |
| 34. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Payne, Robert E.** | 09/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   IRA #2 | | | | | | | | | |
| 36.   --AB Small Cap Grw Adv | | None | J | T | | | | | |
| 37.   -- Artisan Midcap Value | | None | J | T | | | | | |
| 38.   -- Aston/Montag & Caldwell Growth | | None | J | T | | | | | |
| 39.   --Aston Silvercrest Small Cap | | None | J | T | | | | | |
| 40.   -- Blackrock Equity Div. A | | None | J | T | | | | | |
| 41.   --Blackrock Inflation Prot Bond | | None | J | T | | | | | |
| 42.   -- Columbia Select LG CP Growth | | None | J | T | | | | | |
| 43.   -- Invesco Opp Intl Growth (X) | | None | K | T | | | | | |
| 44.   -- Ivy Mid Cap Growth | | None | K | T | | | | | |
| 45.   -- Lazard Emerging Markets Fund | | None | J | T | | | | | |
| 46.   --Matthews Asian Japan Inv | A | Dividend | J | T | Sold<br>(part) | 04/18/19 | J | A | |
| 47.   --MFS Int'l Value | A | Dividend | K | T | Sold<br>(part) | 04/18/19 | J | A | |
| 48.   -- Oakmark Fund Advisor | | None | J | T | | | | | |
| 49.   -- Oppenheimer Int'l Growth Fund | A | Dividend | | | Sold | 04/18/19 | J | A | |
| 50.   -- Pimco Long Term Credit Bd | | None | J | T | Buy | 04/18/19 | J | | |
| 51.   -- Pimco Low Duration A | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 09/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  --Pimco Short Term | | None | J | T | | | | | |
| 53.  -- Virtus MultiSect Short Term Bond | | None | J | T | | | | | |
| 54.  -- Virtus Vontobel Merg Mkt Opp | | None | J | T | | | | | |
| 55.  -- Western Asset Core Plus Portfolio | | None | J | T | | | | | |
| 56. | | | | | | | | | |
| 57.  BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 58.  --Allergan Plc | | None | J | T | | | | | |
| 59.  -- Anadarko Pete (APC) | D | Dividend | | | Redeemed | 08/09/19 | J | D | |
| 60.  -- Autodesk Inc. | A | Dividend | J | T | Sold (part) | 05/29/19 | J | A | |
| 61.  -- Biogen | | None | J | T | | | | | |
| 62.  -- Broadcom Inc. | | None | J | T | Buy (add'l) | 06/18/19 | J | | |
| 63.  -- Citrix Systems Inc. | | None | J | T | | | | | |
| 64.  -- Comcast Corp | | None | J | T | | | | | |
| 65.  -- Cree Research Inc | | None | J | T | | | | | |
| 66.  --Discovery Communications | | None | J | T | | | | | |
| 67.  -- Dolby Cla | | None | J | T | | | | | |
| 68.  -- Fireeye Inc (X) | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 09/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐　NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.　-- Fluor Corp | | None | J | T | Buy<br>(add'l) | 02/04/19 | J | | |
| 70.　-- Freeport McMoran | | None | J | T | | | | | |
| 71.　-- Ionis Pharmaceuticals Inc | | None | J | T | | | | | |
| 72.　--Ishares Core S&P U.S. Growth | A | Dividend | | | Sold | 01/31/19 | J | A | |
| 73.　--Ishares Russell 1000 Value ETF | D | Dividend | | | Sold | 01/31/19 | L | D | |
| 74.　--Johnson Ctls Intl Plc | | None | J | T | | | | | |
| 75.　-- L-3 Harris Technologies Inc (formerly<br>L-3 Technologies Inc) | | None | J | T | | | | | |
| 76.　--Liberty Media C Ser C Siriusxm | | None | J | T | | | | | |
| 77.　--Medtronic PLC SHS | | None | J | T | | | | | |
| 78.　-- National Oilwell Varco Inc. | | None | J | T | | | | | |
| 79.　--Nuance Communications Inc | | None | J | T | | | | | |
| 80.　-- Nucor Corp | | None | J | T | | | | | |
| 81.　-- Pentair Ltd | | None | J | T | | | | | |
| 82.　--Qurate Retail Inc Ser A (Y) | | | | | | | | | |
| 83.　-- Seagate Technology, Inc. | | None | J | T | | | | | |
| 84.　-- TE Connectivity Ltd | | None | J | T | | | | | |
| 85.　--Twitter Inc | | None | J | T | Buy<br>(add'l) | 02/11/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Payne, Robert E.** | 09/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.    -- UnitedHealth Gp Inc | | None | J | T | | | | | |
| 87.    -- Vertex Pharmaceuticals | | None | J | T | | | | | |
| 88.    --Western Digital Corporation | | None | J | T | Buy<br>(add'l) | 11/22/19 | J | | |
| 89. | | | | | | | | | |
| 90.    BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 91.    -- MorganStanley - Cash | A | Interest | J | T | | | | | |
| 92.    -- Western Asset Managed Municipal | | None | J | T | | | | | |
| 93. | | | | | | | | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1.  NAME CHANGE:  Invesco Opp Intl Growth, page 4, line 12, is a name change of the asset, Invesco Dynamic Large Cap Value, page 5, line 18, on the 2018 Annual Report.

2.  The asset, Invesco Opp Intl Growth, page 6, line 43, appears in the 2019 Annual Report because it increased in value to over $1,000.  It did not appear in the 2018 Annual Report because its value as of 12/31/2018 was under $1,000.

3.  NAME CHANGE:  The asset,  Virtus Vontobel Emerg Makt Opp, page 7, line 54,  is a name change of the asset, Virtus Insignt Emergk Mkts, page 8, line 70 on the 2018 Annual Report.

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 09/14/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Robert E. Payne**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544